1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SEALED

1 DANIEL G. BOGDEN
United States Attorney
2 TROY K. FLAKE
Assistant United States Attorney
3 501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
4 Telephone: 702-388-6336
Email: *troy.flake@usdoj.gov*

5

*Attorneys for the United States*

6

7 **UNITED STATES DISTRICT COURT**

8 **FOR THE DISTRICT OF NEVADA**

9

10 UNITED STATES OF AMERICA           )
   ex rel. CHRISTINA ELLIS AND       )   Case No. 2:16-cv-01447-APG-NJK
11 JONATHAN ELLIS, Relators,         )
                                     )   **ORDER**
12           and                     )
                                     )
13 CHRISTINA ELLIS AND JONATHAN      )
   ELLIS                             )
14                                   )
             Plaintiffs,             )
15                                   )
   v.                                )
16                                   )
   JING SHU ZHENG,                   )
17 AND SJ 5318 INVESTMENT CORP.,     )
                                     )
18           Defendants.             )
   _____  )
19

20

21       The United States having declined to intervene in this action pursuant to the False Claims

22 Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

23       IT IS ORDERED that,

24       1. The complaint be unsealed and served upon the defendant by the relator;

25       2. All other contents of the Court's file in this action remain under seal and not be made

26 public or served upon the defendant, except for this Order and the United States' Notice of

27 Election to Decline Intervention, which the relator will serve upon the defendant only after

28 service of the complaint;

1

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.


IT IS SO ORDERED,


Dated: November 3, 2016.

_____
UNITED STATES DISTRICT JUDGE