# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRISTINA ELLIS and JONATHAN ELLIS, Relators,<br><br>Plaintiffs,<br><br>v.<br><br>JING SHU ZHENG and SJ 5318 INVESTMENT CORP.,<br><br>Defendants. | Case No. 2:16-cv-01447-APG-NJK<br><br>**ORDER GRANTING MOTIONS TO EXTEND TIME**<br><br>(ECF Nos. 29, 35) |

I previously ordered the parties to file a joint pretrial order by March 28, 2018. ECF No. 28. Shortly before that deadline, defendant Jing Shu Zheng filed a motion to extend the deadline so she can find a lawyer to represent her. ECF No. 29. Zheng also filed an appeal, which the Ninth Circuit has denied. ECF Nos. 30, 36. On April 13, Zheng file a second motion to extend the deadline so she can find counsel. ECF No. 35. Zheng fails to explain what she has done to secure counsel, and why she needs additional time to do so. Nevertheless, in an abundance of caution, I will extend the deadline for submission of the joint pretrial order so Zheng can attempt to find counsel.

IT IS THEREFORE ORDERED defendant Jing Shu Zheng's motions (ECF Nos. 29, 35) are GRANTED. The parties shall file a proposed joint pretrial order on Zheng's counterclaims and the plaintiffs' claims against defendant SJ 5318 **by May 29, 2018**.

DATED this 1st day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE