# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRISTINA ELLIS, <br><br> Plaintiff(s), <br><br> v. <br><br> JING SHU ZHENG, et al., <br><br> Defendant(s). | Case No.: 2:16-cv-01447-APG-NJK <br><br> **Order** |

Plaintiffs obtained a default against Defendant SJ 5308. Docket No. 17. Since that time, Plaintiffs have neither sought dismissal of SJ 5308, nor have they filed a motion for default judgment. *Cf.* Docket No. 41 at 2. Plaintiffs are hereby **ORDERED** to file, no later than September 10, 2018, either a motion for default judgment or dismissal paperwork for SJ 5308.

IT IS SO ORDERED.

Dated: August 30, 2018

Nancy J. Koppe
United States Magistrate Judge