# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRISTINA ELLIS,<br><br>    Plaintiff(s),<br><br>v.<br><br>JING SHU ZHENG, et al.,<br><br>    Defendant(s). | Case No.: 2:16-cv-01447-APG-NJK<br><br>**Order** |

Pending before the Court is an order to show cause why counterclaimant Zheng should not be sanctioned (up to and including dismissal of her counterclaim) for failing to appear at the settlement conference and for failing to otherwise comply with the order setting the settlement conference. Docket No. 48. Ms. Zheng responded with an unelaborated assertion that she did not receive the Court's order that was mailed to her. Docket No. 50; *but see* Docket No. 43 (notice of electronic filing showing mailing of order to Ms. Zheng at her address listed on the docket). There is a presumption of receipt of mailed orders, which can only be overcome through the presentation of clear and convincing evidence to the contrary. *See, e.g.*, *Fernandez v. Harrington*, 2015 WL 11216743, at *2-3 (C.D. Cal. Feb. 24, 2015) (providing extensive citations for this "venerable principle of common law" dating back to the nineteenth century). It is well-settled that a bare denial of receipt fails. *See, e.g.*, *id.* at *3 (collecting cases).

Given that counterclaimant is *pro se*, the Court will afford her one further opportunity to establish non-receipt of the subject order. To that end, the Court **SETS** an evidentiary hearing for

2:00 p.m. on September 18, 2018, in Courtroom 3B.  **Jing Shu Zheng is <u>ORDERED</u> to appear in person at that hearing and shall be prepared to testify regarding her assertions of non-receipt.  <u>FAILURE TO APPEAR AT THIS HEARING WILL RESULT IN SANCTIONS BEING IMPOSED</u>**.  Given the approaching trial date, requests to continue this hearing will not be entertained.  To the extent they wish to do so, Counter Defendants may themselves file a response to this order and to the order to show cause more generally by September 14, 2018.

IT IS SO ORDERED.

Dated: September 11, 2018

_____
Nancy J. Koppe
United States Magistrate Judge