# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRISTINA ELLIS and JONATHAN ELLIS, Relators,<br><br>  Plaintiffs,<br><br>v.<br><br>JING SHU ZHENG and SJ 5318 INVESTMENT CORP.,<br><br>  Defendants. | Case No. 2:16-cv-01447-APG-NJK<br><br>**ORDER FOR ENTRY OF FINAL JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT** |

I previously granted summary judgment in favor of plaintiff United States of America *ex. rel.* Christina Ellis and Jonathan Ellis. ECF No. 28. Judgment was not entered at that time because counterclaims were pending. I later denied the counterclaims and judgment has been entered as to the counterclaims. ECF Nos. 62, 63. I now direct the clerk of court to enter final judgment in the plaintiff's favor.

IT IS THEREFORE ORDERED that the clerk of the court is directed to enter judgment against defendant Jing Shu Zheng and in favor of the United States of America *ex. rel.* Christina Ellis and Jonathan Ellis in the amount of $121,000.00 for a penalty and $56,316.00 in damages, for a total judgment of $177,316.00.

DATED this 17th day of October, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE