# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Christina Ellis, et al.

        Plaintiffs,

v.

Jing Shu Zheng, et al.

        Defendants.

JUDGMENT IN A CIVIL CASE
for Attorney Fees

Case Number: 2:16-cv-01447-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Christina Ellis and Jonathan Ellis and against defendant Jing Shu Zheng in the amount of $5,520 in attorney's fees.

8/1/19
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk