# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. CHRISTINA ELLIS and JONATHAN ELLIS, Relators, | Case No.: 2:16-cv-01447-APG-NJK |
| Plaintiffs | **Order for Briefing** |
| v. | [ECF No. 97] |
| JING SHU ZHENG, | |
| Defendant | |

Relators/plaintiffs Christina Ellis and Jonathan Ellis contend that the United States has not paid them the funds it is holding for the Ellises. ECF No. 97.  I hereby order the United States to file a response explaining what obstacles remain to paying the appropriate funds to the Ellises and when those funds will be paid to the Ellises.  The United States' brief is due by September 24, 2021.

DATED this 9th day of September, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE